IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>　　　　Defendants. | CV 24-199-BU-KLD<br><br>ORDER |

Defendants have filed an unopposed motion for early and expedited discovery. (Doc. 12). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants may immediately serve on Plaintiff the written discovery requests (Doc. 12-1) attached to the motion.

IT IS FURTHER ORDERED that Plaintiff shall provide responses to the written discovery requests within 15 days of service of the requests.

DATED this 30th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1