IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>　　　　Defendants. | CV 24-199-BU-KLD<br><br><br>ORDER |

　　　　Defendants move for the admission of David M. Clark to practice before this Court in this case with James M. Ragain to act as local counsel. Mr. Clark's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit David M. Clark pro hac vice is GRANTED on the condition that Mr. Clark shall do his own work. This means that Mr. Clark must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Clark, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 26th day of February, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge