IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>              Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>              Defendants. | CV 24-199-BU-KLD<br><br><br>ORDER |

Defendants have filed an Unopposed Motion to File Brief in Support of Summary Judgment Under Seal. (Doc. 53). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion is GRANTED. Defendants shall be allowed to file their brief in support of summary judgment under seal.

DATED this 23rd day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge