IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>Defendants. | CV 24-199-BU-KLD<br><br>ORDER |

Plaintiff has filed an unopposed motion to file under seal a response brief in opposition to Defendants' joint motion for summary judgment. (Doc. 70). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 70) is GRANTED. Plaintiff may file a response brief in opposition to Defendants' joint motion for summary judgment (Doc. 59) under seal.

DATED this 12th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge