IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>Defendants. | CV 24-199-BU-KLD<br><br><br>ORDER |

Defendants have filed an unopposed motion to file under seal a reply brief in support of their joint motion for summary judgment. (Doc. 77). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion (Doc. 77) is GRANTED. Defendants may file a reply brief in support of their joint motion for summary judgment (Doc. 59) under seal.

DATED this 26th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge