IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER, MARSHA FENDLER, SARAH FENDLER, and THERESA OHL,<br><br>Defendants. | CV 24-199-BU-KLD<br><br><br>ORDER |

Defendants have filed an opposed motion for an extension of time to file a reply brief in support of summary judgment. (Doc. 79). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion (Doc. 79) is GRANTED. Defendants shall have until March 2, 2026 to file a reply brief in support of summary judgment.

DATED this 27th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge