IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COLE BORCHARDT,<br><br>    Plaintiff,<br><br>vs.<br><br>ERICA WAHL, ERIC FENDLER,<br>MARSHA FENDLER, SARAH<br>FENDLER, and THERESA OHL,<br><br>    Defendants. | CV 24-199-BU-KLD<br><br><br>ORDER |

On May 27, 2026, Plaintiff filed a motion to dismiss count five of his First Amended Complaint in this matter. (Doc. 103). The motion indicates that Defendants object to the motion. (Doc. 103 at 2).

On May 29, 2025, the Court held oral argument on pending motions for summary judgment (Doc. 59) and discovery sanctions (Doc. 75). At oral argument, Defendants indicated that they would not oppose the voluntary dismissal of count five, provided that dismissal was with prejudice. Plaintiff stipulated to dismissal with prejudice. Accordingly, and upon agreement of the parties,

IT IS ORDERED that Plaintiff's motion (Doc. 103) is GRANTED. Count five of the First Amended Complaint (Doc. 8) is DISMISSED WITH PREJUDICE.

DATED this 1st day of June, 2026.

Kathleen L. DeSoto
United States Magistrate Judge